**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Cape Cod Commercial Linen Service, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **04-3348459** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **880 Attucks Lane**<br>**Hyannis, MA 02601**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Barnstable**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Cape Cod Commercial Linen Service, Inc.**                                    Case number (if known) _____
                    Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **This Is It, LLC** | | | Relationship | | **To be filed concurrently** |
|---|---|---|---|---|---|---|---|
| | District | **Massachusetts** | When | _____ | Case number, if known | | _____ |

---

Debtor   Cape Cod Commercial Linen Service, Inc.                                    Case number (if known) _____
            Name

**11. Why is the case filed in this district?**   Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (Check all that apply.)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency _____
              Contact name _____
              Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Cape Cod Commercial Linen Service, Inc.                          Case number (*if known*)
      Name

███ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5 / 13 / 16
              MM / DD / YYYY

X _____    **D. Jeffrey Ehart**
    Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

X _____    Date    5 / 13 / 16
    Signature of attorney for debtor                          MM / DD / YYYY

**David B. Madoff**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone    **508-543-0040**    Email address    **alston@mandkllp.com**

**552968**
Bar number and State

## UNANIMOUS CONSENT OF SHAREHOLDERS

The undersigned, the sole shareholders of Cape Cod Commercial Linen Service, Inc. a Massachusetts corporation (the "Company"), by unanimous vote pursuant to the Company's bylaws and the Corporation Law of the Commonwealth of Massachusetts, do hereby approve, consent to and take the following actions:

VOTED:      That the Company seek relief under Chapter 11 of the Bankruptcy Code, and that the President of the Company (the "Authorized Officer"), is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's bankruptcy case and (iv) to execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote;

FURTHER
VOTED;      That the law firm of Madoff & Khoury LLP be retained as counsel to represent the Company in all proceedings commenced under or resulting from these votes;

FURTHER
VOTED:      That this written consent be filed in the minute book of the Company.

Dated: April 21, 2016

_____
D. Jeffrey Ehart

_____
Anne T. Ehart

**OFFICIAL FORM 7**

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MASSACHUSETTS
### (EASTERN DIVISION)

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CAPE COD COMMERCIAL LINEN | ) | |
| SERVICE, INC., | ) | |
| | ) | Case No. |
| Debtor. | ) | |

## DECLARATION RE: ELECTRONIC FILING

PART I – DECLARATION OF PETITIONER

     We, David B. Madoff and D. Jeffery Ehart, hereby declare under penalty of perjury that all of the information contained in the:

- ☒ Petition, List, Statement & Schedules
- ☐ Chapter 11 Plan
- ☐ Amended Plan
- ☐ Amended Schedules
- ☒ Application to Employ
- ☒ Affidavit/Signed Statement of Professional Person
- ☒ Corporate Vote
- ☐ Verified Complaint (Adversary)

filed electronically, is true and correct. We understand that this DECLARATION is to be filed with Clerk of Court electronically concurrently with the electronic filing of the Document. We understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

     We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 5/13/16

Signed: _____
       David B. Madoff

Signed: _____
       D. Jeffrey Ehart

PART II – DECLARATION OF ATTORNEY

I certify that the affiant signed this form before I submitted the Documents, I gave the affiant a copy of the Documents and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: __May 13__, 2016

Signed: _____
David B. Madoff

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cape Cod Commercial Linen Service, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | _____ |

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration   **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **May 13, 2016** | X /s/ D. Jeffrey Ehart |
| | | Signature of individual signing on behalf of debtor |
| | | **D. Jeffrey Ehart** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Cape Cod Commercial Linen Service, Inc.**

United States Bankruptcy Court for the:   **DISTRICT OF MASSACHUSETTS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bay Colony Development Corp. (SBA) 1601 Trapeleo Road, Suite 222 Waltham, MA 02451** | | **All asset lien** | | **$1,300,000.00** | **$0.00** | **$1,100,000.00** |
| **Massachusetts Growth Capital Corp. The Schrafft Center 529 Main Street Charlestown, MA 02129** | | **All asset lien** | **Contingent** | **$625,000.00** | **$0.00** | **$600,000.00** |
| **American Express PO Box 114 Newark, NJ 07101** | | **Trade debt** | | | | **$186,952.00** |
| **Leo E. Tierney, Jr. & Constance Tierney 32 Jilma Drive East Dennis, MA 02641** | | **Lawsuit** | **Unliquidated Disputed** | | | **$121,234.00** |
| **Mercedes Benz Financial PO Box 5260 Carol Stream, IL 60197** | | **Trade Debt** | | | | **$36,230.00** |
| **Bank of America P.O. Box 15109 Wilmington, DE 19886-5714** | | **Trade debt** | | | | **$32,227.00** |
| **Citibank Business P.O. Box 183113 Columbus, OH 43218** | | **Trade debt** | | | | **$30,765.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Cape Cod Commercial Linen Service, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Yankee Equipment Systems, Inc.** **PO Box 630** **Barrington, NH 03825** | | **Trade Debt** | | | | **$29,332.56** |
| **Black Card/Card Services** **Card Services** **PO Box 13337** **Philadelphia, PA 19101** | | **Trade debt** | | | | **$27,832.00** |
| **Ally** **P.O. Box 9001948** **Louisville, KY 40290** | | **2016 Isuzu NRR Tilt Cab (17,954 miles)** | | **$59,040.00** | **$39,000.00** | **$20,040.00** |
| **Sunrise Credit Services Inc.** **PO Box 9100** **Farmingdale, NY 11735** | | **Trade Debt** | | | | **$18,718.21** |
| **Isuzu Finance of America, Inc.** **7865 Solution Center** **Chicago, IL 60677** | | **2016 Isuzu NRR Tilt Cab (14,418 miles)** | | **$62,821.00** | **$45,000.00** | **$17,821.00** |
| **Christeyns Laundry Technology** **859 Willard Street** **Quincy, MA 02169** | | **Trade Debt** | | | | **$17,761.90** |
| **Balboa Capital Corporation** **2010 Main Street, 11th Floor** **Greenville, SC 29614** | | **Trade debt** | | | | **$9,800.00** |
| **Norton Supply Co., Inc.** **65 Bath Street** **Providence, RI 02908** | | **Trade Debt** | | | | **$9,796.80** |
| **Ally** **P.O. Box 9001948** **Louisville, KY 40290** | | **2016 ISUZU NRR Tilt Cab (22,000 miles)** | | **$54,371.93** | **$45,000.00** | **$9,371.93** |
| **Buckler's Inc.** **116 Ridgewood Avenue** **Hyannis, MA 02601** | | **Trade Debt** | | | | **$6,536.67** |
| **Bank of America** **PO Box 15109** **Wilmington, DE 19886** | | **Trade debt** | | | | **$5,131.00** |
| **Perfectionist Landscaping Inc.** **PO Box 1021** **Osterville, MA 02655** | | **Trade Debt** | | | | **$4,252.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Cape Cod Commercial Linen Service, Inc.**                          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fuelman Fleetcard<br>PO Box 105080<br>Atlanta, GA 30348** | | **Trade Debt** | | | | **$3,567.39** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Cape Cod Commercial Linen Service, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. $ _____1,240,763.74

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ $ _____1,240,763.74

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____4,069,111.36

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ _____555,871.32

4. **Total liabilities** .............................................................................................................
   Lines 2 + 3a + 3b

   $ _____4,624,982.68

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Cape Cod Commercial Linen Service, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number | | |
| 3.1. | **Citizens Bank operating account and payroll account**    **Checking** | | $579.05 |
| 3.2. | **Cape Cod Five Cents Savings Bank (2 accounts)**    **Checking** | | $654.38 |
| 3.3. | **V&L Escrow account**    **Checking** | | $69,505.99 |
| 4. | **Other cash equivalents** *(Identify all)* | | |
| 5. | **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | $70,739.42 |

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **National Grid utility deposit** | $7,800.00 |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Cape Cod Commercial Linen Service, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   **$7,800.00**

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:           252,974.32    -           0.00    = ....           **$252,974.32**

   face amount            doubtful or uncollectible accounts

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   **$252,974.32**

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
   Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
   Name of entity:                                      % of ownership

   15.1.  **This Is It, LLC (single asset real estate, liens exceed value - Chapter 11 debtor)**   **65%** %                        **$0.00**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
   Describe:

17. **Total of Part 4.**

   Add lines 14 through 16.  Copy the total to line 83.

   **$0.00**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Cape Cod Commercial Linen Service, Inc.** | | Case number *(If known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. | **Office furniture** | | | |
| | Office furniture | $0.00 | Liquidation | $4,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Computer equipment | $0.00 | Liquidation | $15,000.00 |
| | Major equipment - see attached list | $0.00 | Liquidation | $715,750.00 |
| | Laundry carts | $0.00 | Liquidation | $10,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $744,750.00 |
| --- | --- | --- |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1.  **Vehicles owned outright - see attached list** | $0.00 | | $35,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

Debtor    **Cape Cod Commercial Linen Service, Inc.**                Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| 47.2. | **2016 ISUZU NRR Tilt Cab (22,000 miles)** | **$0.00** | **$45,000.00** |
| 47.3. | **2016 Isuzu NRR Tilt Cab (17,954 miles)** | **$0.00** | **$39,000.00** |
| 47.4. | **2016 Isuzu NRR Tilt Cab (14,418 miles)** | **$0.00** | **$45,000.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                                    | **$164,000.00** |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Trademarks (2) see attached** | **$0.00** | | **$500.00** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer list** | **$0.00** | | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    **Cape Cod Commercial Linen Service, Inc.**                          Case number *(If known)* _____
_____
Name

66.    **Total of Part 10.**                                                                    | **$500.00** |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Cape Cod Commercial Linen Service, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $70,739.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $252,974.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $744,750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $164,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,240,763.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,240,763.74 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Cape Cod Commercial Linen Service, Inc.**
## A/R Aging Summary
As of April 30, 2016

5:25 PM

05/12/16

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Acme Linenmaster, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aerie House & Beach Club | 323.75 | 190.00 | 0.00 | 0.00 | 0.00 | 513.75 |
| Allen Harbor Yacht Club, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 730.00 | 730.00 |
| Angel's Landing Condo | 0.00 | 78.00 | 0.00 | 0.00 | 0.00 | 78.00 |
| Atlantic Light Inn | 87.75 | 0.00 | 0.00 | 0.00 | 0.00 | 87.75 |
| Atlantis Sports Club & Spa | 275.00 | 501.00 | 434.70 | 236.90 | 911.69 | 2,359.29 |
| Barnstable County Facilities | 0.00 | 97.50 | 0.00 | 0.00 | 0.00 | 97.50 |
| Bass River Healthcare | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bass River Motel | 67.90 | 0.00 | 0.00 | 0.00 | 0.00 | 67.90 |
| Bayshore Condominiums | 570.00 | 82.50 | 0.00 | 0.00 | 0.00 | 652.50 |
| Beachside Village Corp | 1,142.90 | 588.50 | 0.00 | 0.00 | 0.00 | 1,731.40 |
| Black Cat | 1,068.10 | 0.00 | 0.00 | 0.00 | 0.00 | 1,068.10 |
| Blue Rock Golf Resort | 811.87 | 0.00 | 0.00 | 0.00 | 0.00 | 811.87 |
| Blue Water Resort | 806.49 | 0.00 | 0.00 | 0.00 | 0.00 | 806.49 |
| Breakers Resort Condominium Association | 1,654.16 | 424.26 | 0.00 | 0.00 | 0.00 | 2,078.42 |
| Brewster by the Sea | 452.40 | 202.50 | 101.25 | 0.00 | 0.00 | 756.15 |
| BREWSTER GREEN | 592.20 | 4,279.80 | 0.00 | 0.00 | 0.00 | 4,872.00 |
| Cape Cod Inn | 58.10 | 175.70 | 0.00 | 0.00 | 0.00 | 233.80 |
| Cape Cod Irish Family Resort | 0.00 | 2,247.00 | 0.00 | 0.00 | 0.00 | 2,247.00 |
| CAPE CODDER RESORT- Rooms | 8,602.56 | 3,988.41 | 0.00 | 0.00 | 0.00 | 12,590.97 |
| CAPE CODDER RESORT -  F & B | 1,278.05 | 1,570.22 | 0.00 | 0.00 | 0.00 | 2,848.27 |
| CAPE CODDER RESORT - Pools | 1,473.72 | 869.28 | 0.00 | 0.00 | 0.00 | 2,343.00 |
| Cape Shore Inn | 314.30 | 486.20 | 178.10 | 0.00 | 0.00 | 978.60 |
| CAPE WINDS RESORT | 1,459.96 | 745.96 | 0.00 | 0.00 | 0.00 | 2,205.92 |
| CAPTAIN'S QUARTERS RESORT | 1,525.24 | 712.64 | 0.00 | 0.00 | 0.00 | 2,237.88 |
| Captain Kidd Restaurant | 604.50 | 0.00 | 0.00 | 0.00 | 0.00 | 604.50 |
| Carpe Diem Guesthouse & Spa | 677.70 | 301.05 | 0.00 | 0.00 | 0.00 | 978.75 |
| Cascade Motor Lodge | 94.00 | 65.00 | 0.00 | 0.00 | 0.00 | 159.00 |
| Castle Dawn Motel | 0.00 | 162.40 | 0.00 | 0.00 | 0.00 | 162.40 |
| Chatham Bars Inn - Pool | 1,971.53 | 0.00 | 0.00 | 0.00 | 0.00 | 1,971.53 |
| Chatham Bars Inn - Rooms | 23,728.72 | 0.00 | 0.00 | 0.00 | 0.00 | 23,728.72 |
| Chatham Bars Inn - Spa | 4,815.42 | 0.00 | 0.00 | 0.00 | 0.00 | 4,815.42 |
| Clarion Inn Cape Cod | 3,118.00 | 953.50 | 0.00 | 0.00 | 0.00 | 4,071.50 |
| Colombo's | 1,073.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1,073.60 |
| Commodore Inn | 189.20 | 0.00 | 0.00 | 0.00 | 0.00 | 189.20 |
| Courtyard by Marriott | 2,587.75 | 1,791.35 | 0.00 | 0.00 | 0.00 | 4,379.10 |
| Craigville Conference Center | 468.75 | 362.25 | 0.00 | 0.00 | 0.00 | 831.00 |
| Crows Nest Resort | 0.00 | 703.20 | 0.00 | 0.00 | 96.00 | 799.20 |
| Dan'l Webster Inn | 1,830.72 | 2,403.22 | 0.00 | 0.00 | 0.00 | 4,233.94 |
| Dockside Inn | 0.00 | 278.75 | 0.00 | 0.00 | 0.00 | 278.75 |
| Eastwood at Provincetown | 386.40 | 333.60 | 0.00 | 0.00 | 0.00 | 720.00 |
| Essential Rentals, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Five Bays Bistro | 808.50 | 748.27 | 0.00 | 0.00 | 0.00 | 1,556.77 |
| Gifford House Inn | 126.50 | 0.00 | 0.00 | 0.00 | 0.00 | 126.50 |
| GREAT VACATIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 | 249.00 | 249.00 |
| Green Harbor Resort | 988.80 | 0.00 | 0.00 | 0.00 | 0.00 | 988.80 |
| Harbor View Hotel & Resort | 5,110.66 | 11,268.87 | 6,942.89 | 679.29 | 0.00 | 24,001.71 |

5:25 PM

05/12/16

# Cape Cod Commercial Linen Service, Inc.
## A/R Aging Summary
### As of April 30, 2016

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Harborview Nantucket | 629.13 | 0.00 | 0.00 | 0.00 | 0.00 | 629.13 |
| HARBORWALK RESORT | 734.40 | 303.80 | 0.00 | 0.00 | 0.00 | 1,038.20 |
| Howard Johnson Inn | 0.00 | 47.60 | 0.00 | 0.00 | 0.00 | 47.60 |
| Hyannis Harbor Hotel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hyannis Holiday Motel | 0.00 | 298.50 | 0.00 | 0.00 | 0.00 | 298.50 |
| Inn on the Square | 2,080.00 | 898.81 | 0.00 | 0.00 | 0.00 | 2,978.81 |
| Inspirato with American Express | 0.00 | 375.75 | 0.00 | 0.00 | 660.00 | 1,035.75 |
| LATHAM CENTER, Inc. | 1,144.10 | 1,127.10 | 0.00 | 0.00 | 0.00 | 2,271.20 |
| Linen Rentals of Cape Cod | 0.00 | 0.00 | 0.00 | 0.00 | 989.10 | 989.10 |
| MacDougals | 306.00 | 240.00 | 0.00 | 0.00 | 0.00 | 546.00 |
| Mariner Motor Lodge | 149.10 | 0.00 | 984.75 | 0.00 | 0.00 | 1,133.85 |
| Massie, Mike | 0.00 | 240.00 | 0.00 | 0.00 | 0.00 | 240.00 |
| Masthead Resort & Cottages | 0.00 | 522.00 | 0.00 | 0.00 | 0.00 | 522.00 |
| MBL | 2,252.00 | 1,173.60 | 0.00 | 0.00 | 0.00 | 3,425.60 |
| Michael Perry Massage | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 | 124.00 |
| OCEAN EDGE RESORT AND GOLF CLUB | 23,754.34 | 0.00 | 0.00 | 0.00 | 0.00 | 23,754.34 |
| Pelham House Resort | 525.00 | 658.55 | 0.00 | 0.00 | 0.00 | 1,183.55 |
| PS Kelley House LLC | 5,039.08 | 0.00 | 0.00 | 0.00 | 0.00 | 5,039.08 |
| Red Jacket Beach Resort | 12,721.52 | 0.00 | 0.00 | 0.00 | 0.00 | 12,721.52 |
| Riverview Resort | 2,526.20 | 392.30 | 0.00 | 0.00 | 0.00 | 2,918.50 |
| ROADHOUSE CAFE | 445.50 | 147.40 | 0.00 | 0.00 | 0.00 | 592.90 |
| Sage Inn & Lounge | 752.40 | 897.90 | 172.70 | 0.00 | 0.00 | 1,823.00 |
| Sandy Neck Motel | 0.00 | 91.00 | 0.00 | 0.00 | 0.00 | 91.00 |
| Sea Crest Beach Hotel | 15,454.56 | 0.00 | 0.00 | 0.00 | 0.00 | 15,454.56 |
| Sea Glass Inn & Spa | 337.50 | 0.00 | 0.00 | 0.00 | 589.60 | 927.10 |
| SEASIDE | 280.50 | 188.25 | 0.00 | 0.00 | 0.00 | 468.75 |
| Sleepy Hollow Motor Inn | 0.00 | 0.00 | 0.00 | 0.00 | 143.52 | 143.52 |
| Super 8 Motel | 182.00 | 758.80 | 331.50 | 0.00 | 0.00 | 1,272.30 |
| SURFSIDE RESORT | 1,537.48 | 628.32 | 0.00 | 0.00 | 0.00 | 2,165.80 |
| The Admiralty Inn | 0.00 | -28.90 | 0.00 | 0.00 | 0.00 | -28.90 |
| The Airport Laundromat | 101.68 | 156.86 | 0.00 | 0.00 | 0.00 | 258.54 |
| The Boarding House | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| The Boatslip Beach Club | 0.00 | 849.15 | 0.00 | 0.00 | 0.00 | 849.15 |
| The Cove at Yarmouth Resort | 15,023.32 | 7,891.00 | 0.00 | 0.00 | 0.00 | 22,914.32 |
| The Furies | 398.20 | 0.00 | 0.00 | 0.00 | 0.00 | 398.20 |
| The Inn at Cape Cod | 248.40 | 384.75 | 182.50 | 0.00 | 0.00 | 815.65 |
| The Nantucket Hotel & Resort | 1,981.86 | 0.00 | -308.28 | 0.00 | 0.00 | 1,673.58 |
| THE OCEAN CLUB ON SMUGGLER'S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| The Somerset House Inn | 222.75 | 0.00 | 0.00 | 0.00 | 0.00 | 222.75 |
| The Soundings Seaside Resort | 2,250.40 | 1,476.70 | 0.00 | 0.00 | 0.00 | 3,727.10 |
| The Waterfront Guest House | 0.00 | 98.75 | 0.00 | 0.00 | 0.00 | 98.75 |
| Thirwood Place | 1,390.30 | -16.62 | 0.00 | 0.00 | 0.00 | 1,373.68 |
| TIDEWATER MOTOR LODGE | 120.40 | 144.90 | 0.00 | 0.00 | 0.00 | 265.30 |
| Travelodge | 0.00 | 0.00 | 0.00 | 0.00 | 31.80 | 31.80 |
| Travelodge West Dennis | 0.00 | 0.00 | 0.00 | 0.00 | -43.55 | -43.55 |
| Village Green Motel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wequassett Resort & Golf Club | 9,967.45 | 0.00 | 0.00 | 0.00 | 0.00 | 9,967.45 |

5:25 PM

05/12/16

**Cape Cod Commercial Linen Service, Inc.**
# A/R Aging Summary
### As of April 30, 2016

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| White Winds Inn | 275.00 | 287.50 | 0.00 | 0.00 | 0.00 | 562.50 |
| WHOI Housing | 155.00 | 0.00 | 0.00 | 0.00 | 0.00 | 155.00 |
| Winnetu Oceanside Resort | 1,033.70 | 0.00 | 0.00 | 0.00 | 0.00 | 1,033.70 |
| Woods Hole Inn | 833.80 | 975.25 | 0.00 | 0.00 | 0.00 | 1,809.05 |
| Yankee Village Motor Inn | 236.70 | 0.00 | 0.00 | 0.00 | 137.70 | 374.40 |
| Yarmouth Resort | 3,344.24 | 1,020.00 | 0.00 | 0.00 | 0.00 | 4,364.24 |
| **TOTAL** | **179,579.21** | **58,839.95** | **9,020.11** | **916.19** | **4,618.86** | **252,974.32** |

## CCCLS Equipment List Summary

| Classification | Description | Model Number | Collateral ID |
|---|---|---|---|
| Air Compressor | Atlas Compco Air Compressor | | C / D / H |
| Dryer | 175 Dryers | MLG-175D | F |
| Dryer | 175 Dryers | MLG-175D | F |
| Dryer | 175 Dryers | MLG-175D | F |
| Dryer | 175 Dryers | MLG-175D | F |
| Dryer | 175 Dryers | MLG-175D | F |
| Dryer | 150 Dryer | MLG-122D | ALL |
| Dryer | 100 Dryer | ADG120D | G |
| Dryer | 75 Dryer | MLG-758V | G |
| Dryer | 175 Dryer | MLG 175 | F |
| Dryer | 175 Dryer | MLG 175 | F |
| Dryer | 175 Dryer | MLG 175 | F |
| Dryer | 175 Dryer | ADG170SED | CCCLS |
| Dryer | 175 Dryer | ADG170SED | CCCLS |
| Dryer | 175 Dryer | ST170FG | CCCLS |
| Dryer | 175 Dryer | ST170FG | CCCLS |
| Dryer | 175 Dryer | ST170FG | CCCLS |
| Dryer | 175 Dryer | MLG175D | CCCLS |
| Dryer | 175 Dryer | ST170FG | CCCLS |
| Dryer | 40 Stack Dryer | STT45NQTG2G2W04 | G |
| Feeder | Jensen Feeder | LOGIC S FEED | CC5 |
| Feeder | Jensen Logic Plus | Logic Plus | LEASE |
| Folder (for Ironer) | Chicago Skyline Folder | S-12-2000 | G |
| Folder (for Ironer) | Skyline Folder (Rebuilt) | S-16 | G |
| Folder (for Ironer) | Skyline S-16 Folder | S-16-2000 | CCCLS |
| Folder (for Ironer) | Jensen Classic Folder | Classic | LEASE |
| Ironer | Lapauw 2X48 Ironer | DUO2C1/12306 | F |
| Ironer | Imperial 48 Ironer (Rebuilt) | IMPERIAL 48-120R | CCCLS |
| Ironer | Imperial 48 Ironer | IMP-48 | CCCLS |
| Towel Folder | Chicago XL Towel Folder | AIR CHICAGO XXL | CCCLS |
| Towel Folder | Chicago Towel Folder | AIR CHICAGO | CCCLS |
| Towel Folder | Braun Folder | 2PF3CF | CCCLS |
| Towel Folder | Air Chicago Towel Folder | AIR CHICAGO | CCCLS |
| Towel Folder | Air Chicago Towel Folder | AIR CHICAGO | CCCLS |
| Tunnel Computers | Tunnel Computers | | C / D / H |
| Tunnel Conveyor | Tunnel Conveyor | | C / D / H |
| Tunnel Dryer | Tunnel Dryer 1 | | C / D / H |
| Tunnel Dryer | Tunnel Dryer 2 | | C / D / H |
| Tunnel Dryer | Tunnel Dryer 3 | | C / D / H |
| Tunnel Dryer | Tunnel Dryer 4 | | C / D / H |
| Tunnel Press | Tunnel Press | | C / D / H |

## CCCLS Equipment List Summary

| Classification | Description | Model Number | Collateral ID |
|---|---|---|---|
| Tunnel Washer | 8-Mod Tunnel | | C / D / H |
| Washer | 250 Milnor, New Bearings | 480360HP | CCCLS |
| Washer | 225 Milnor, Tilting | 48032BTL | CCCLS |
| Washer | 135 Milnor Washers | 42026V6J | F |
| Washer | 135 Milnor Washers | 42026V6J | F |
| Washer | 125 Milnor Washers | AAK  /  42026Q6J | CCCLS |
| Washer | 125 Milnor Washers | ABA  /  42026Q6J | CCCLS |
| Washer | 125 Milnor Washers | ABA  /  42026Q6J | CCCLS |
| Washer | 275 Milnor Washer | 48040F7J | CCCLS |
| Washer | 250 Milnor Washer | 48036QHP | CCCLS |
| Washer | 250 Milnor Washer | 48036QHP | CCCLS |
| Washer | 250 Milnor Washer | 48036QHP | CCCLS |
| Washer | 165 Milnor Washer | 42030V6J | F |
| Washer | 165 Milnor Washer | 42030V6J | F |
| Washer | 165 Milnor Washer | 42030V6J | F |
| Washer | 60 Milnor Washer | 30022V6J | G |
| Washer | 60 Milnor Washer | 30022V6J | G |
| Water Heater | Natco Water Heater 1 | | C / D / H |
| Water Heater | Natco Water Heater 2 | | C / D / H |
| Water Heater | Natco Water Heater 3 | | C / D / H |

Confidential



**TMR**
**SMR**

Filing Fee $50.00 per class
5 year renewal period

# The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED          **Trademark / Service Mark Renewal**          FORM MUST BE TYPED
**(General Laws Chapter 110H, Section 6)**

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____
                         *Last*                         *First*                         *Middle*

Business address: _____
                         *Number*                         *Street*

_____
                         *City*                         *State*                         *Zip*

**or**

b) Business Organization: _Cape Cod Commercial Linen Service, Inc._____

Business address: _____485_____W. Main Street_____
                         *Number*                         *Street*

_____Hyannis_____MA_____02601_____
                         *City*                         *State*                         *Zip*

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

CCCLS

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

c110ha5 10/26/06

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
    *(An application may include multiple classes)*
    37


(4) Provide the Massachusetts registration date and number:

    Mass Reg. No. 73936,  Reg. Date 6/21/2011


(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may
    not be larger than 3" x 3".




CCCLS<sup>sm</sup>

The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

I, _Peter Nils Baylor_____,

state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

_L attorney for the_

Executed on: _____ _9 March 2016_____
(Month, Day, Year)

Signature:_____ _Peter Nils Baylor_____

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Application
### (General Laws Chapter 110H)

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*
on:

March 09, 2016

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108

**TMR**
**SMR**

MA SOC   Registration Number: 76064     Date: 08/20/2012

Filing Fee $50.00 per class
5 year renewal period

# The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED       **Trademark / Service Mark Renewal**      FORM MUST BE TYPED
(General Laws Chapter 110H, Section 6)

All information must be completed or this document will not be accepted for filing.           **1178999**

(1) Applicant's name and business address:

a) Individual: _____
                      *Last*                        *First*                       *Middle*

Business address: _____
                          *Number*                          *Street*

                     _____
                          *City*                           *State*                        *Zip*

**or**

b) Business Organization:_____ Cape Cod Commercial Linen Service, Inc. _____

Business address: _____ 497 _____ W. Main Street _____
                          *Number*                          *Street*

                          Hyannis                    MA                  02601
                          *City*                           *State*                        *Zip*

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

The mark includes the words CAPE COD COMMERCIAL LINEN SERVICE INC. and a drawing of Cape Cod encircled by a braided rope.

c110m6 10/26/06

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
   *(An application may include multiple classes)*

   Class 37


(4) Provide the Massachusetts registration date and number:

   Registration Date: 9/10/97
   Registration Number: 54800

(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may
   not be larger than 3" x 3".



The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

I, _____ Rory P. Pheiffer, Attorney for Applicant _____,
state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ August _____ 16 _____ 2012 _____
                                                (Month, Day, Year)

Signature: _____

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Renewal
### (General Laws Chapter 110H, Section 6)

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

_AuGusT 17, 2012_ , 20 _12_

_CK# 38430_

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA  02108

### Contact Information

Rory P. Pheiffer, Esq., Nutter McClennen & Fish LLP
*Name*

155 Seaport Boulevard
*Mailing Address*

| Boston | MA | 02210 |
|---|---|---|
| *City/town* | *State* | *ZIP* |

| 617-439-2879 | rpp@nutter.com |
|---|---|
| *Telephone* | *Email* |

FEE PAID
AUG 17 2012
CASHIERS
SECRETARY'S OFFICE

CCCLS Vehicle Information

**Value 4.19.2016**

| VIN Number | Year | Description | Miles | Status | Lien? | |
|---|---|---|---|---|---|---|
| JL6DLF1E95K013067 | 2005 | Mitsubishi FusoFK61F Tilt Cab | 230,000 | Owned | No | $4,000.00 |
| JL6DFM1E08K005790 | 2008 | Mitsubish FUSO FK | 246,722 | Owned | No | $6,500.00 |
| JL6CCK1S98K000148 | 2008 | Mitsubishi FUSO FE85D Tilt Cab | 180,000 | Owned | No | $8,000.00 |
| JL6DFM1E5AK000235 | 2010 | Mitsubishi FUSO FK61F Titl Cab | 149,725 | Owned | No | $8,000.00 |
| 1FTNE2EW6ADA28508 | 2010 | Ford Econoline E250 Cargo Van | 54,901 | Owned | No | $5,000.00 |
| WAUGFAFC0DN039102 | 2016 | Audi A6 Premium Plus Sedan 4DR. | 4,000 | Leased | Audi Fin | |
| 1C4RJFAG5EC204883 | 2014 | Jeep Cherokee Laredo Wagon | 19,467 | Leased | Harbor One | |
| JL6CPJ1S84K002899 | 2004 | Mitsubishi FUSO FH210 Tilt Cab | 276,080 | Owned | No | $4,000.00 |
| 2HGFB2F54CH608009 | 2012 | Honda Civic LX Sedan 4 Dr. | 16,684 | Leased | Honda Fin | |
| JALE5W164G7300492 | 2016 | Isuzu NRR Tilt Cab | 22,257 | Owned | Ally Finance | $45,000.00 |
| JALE5W164G7300511 | 2016 | Isuzu NRR Tilt Cab | 17,418 | Owned | Isuzu Finance | $45,000.00 |
| JALE5W162G7300507 | 2016 | Isuzu NRR Tilt Cab | 17,954 | Owned | Ally Finance | $39,000.00 |
| 1C4RJFBG0FC197065 | 2015 | Jeep Cherokee Limited Wagon | 5,959 | Leased | Ally Finance | |
| | | | | | | **$164,500.00** |

**Fill in this information to identify the case:**

Debtor name **Cape Cod Commercial Linen Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Ally** | Describe debtor's property that is subject to a lien | $54,371.93 | $45,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2016 ISUZU NRR Tilt Cab (22,000 miles)** | | |

**P.O. Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

**Describe the lien**
**Auto Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Ally** | Describe debtor's property that is subject to a lien | $59,040.00 | $39,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2016 Isuzu NRR Tilt Cab (17,954 miles)** | | |

**P.O. Box 9001948**
**Louisville, KY 40290**

Creditor's mailing address

**Describe the lien**
**Auto lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Cape Cod Commercial Linen Service, Inc.** _____   Case number (if know) _____
     Name

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ascentium Capital LLC** | Describe debtor's property that is subject to a lien | $54,106.00 | $109,000.00 |
|---|---|---|---|---|

Creditor's Name
**Equipment financing lease (Jensen Logic Plus Feeder)**

**PO Box 301593**
**Dallas, TX 75303**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Bay Colony Development Corp. (SBA)** | Describe debtor's property that is subject to a lien | $1,300,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**All asset lien**

**1601 Trapeleo Road, Suite 222**
**Waltham, MA 02451**

Creditor's mailing address

**Describe the lien**
**Substantially All Assets**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Cape Cod Five Cents Savings Bank** | Describe debtor's property that is subject to a lien | $1,827,556.43 | Unknown |
|---|---|---|---|---|

Creditor's Name
**All asset lien**

**171 Falmouth Road**
**Hyannis, MA 02601**

Creditor's mailing address

**Describe the lien**
**Substantially All Assets**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Cape Cod Commercial Linen Service, Inc.**          Case number (if know) _____
          Name

|  | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Isuzu Finance of America, Inc.** | Describe debtor's property that is subject to a lien | $62,821.00 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**7865 Solution Center
Chicago, IL 60677**

Creditor's mailing address

**2016 Isuzu NRR Tilt Cab (14,418 miles)**

**Describe the lien**
**Auto loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Massachusetts Growth Capital Corp.** | Describe debtor's property that is subject to a lien | $625,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**The Schrafft Center
529 Main Street
Charlestown, MA 02129**

Creditor's mailing address

**All asset lien**

**Describe the lien**
**Substantially all assets**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 3 of 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Cape Cod Commercial Linen Service, Inc. | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| 2.8 | U.S. Bank Equipment Finance | | Describe debtor's property that is subject to a lien | $86,216.00 | $90,000.00 |
|---|---|---|---|---|---|

**Equipment financing lease (Jensen Classic Folder)**

Creditor's Name

**1310 Madrid Street**
**Marshall, MN 56258**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,069,111.36 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alex M. Rodolakis**<br>**Fletcher Tilton, PC**<br>**1597 Falmouth Road**<br>**Centerville, MA 02632** | Line   **2.5** | |
| **Frank McGinn, Esq.**<br>**Hacket Feinberg, PC**<br>**155 Federal Street, 9th Floor**<br>**Boston, MA 02110** | Line   **2.7** | |
| **Small Business Administration**<br>**409 3rd Street S.W.**<br>**Washington, DC 20416** | Line   **2.4** | |
| **Small Business Administration**<br>**c/o Department of the Treasury**<br>**Financial Management Service**<br>**PO Box 830794**<br>**Birmingham, AL 35283** | Line   **2.4** | |
| **Small Business Administration**<br>**265 O'Neill Federal Building**<br>**10 Causeway Street**<br>**Boston, MA 02222** | Line   **2.4** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Cape Cod Commercial Linen Service, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$186,952.00** |
|---|---|---|---|

**American Express**
**PO Box 114**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$316.58** |
|---|---|---|---|

**ASSA ABLOY Entrance Systems US, Inc.**
**PO Box 827375**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Audi Financial Services**
**PO Box 5215**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Auto lease**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,800.00** |
|---|---|---|---|

**Balboa Capital Corporation**
**2010 Main Street, 11th Floor**
**Greenville, SC 29614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Cape Cod Commercial Linen Service, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,227.00** |
|---|---|---|---|

**Bank of America**
**P.O. Box 15109**
**Wilmington, DE 19886-5714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,131.00** |
|---|---|---|---|

**Bank of America**
**PO Box 15109**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,163.44** |
|---|---|---|---|

**Baxter, Inc.**
**10 Bayview**
**West Yarmouth, MA 02673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$936.80** |
|---|---|---|---|

**BCS Call Processing, Inc.**
**55 Accord Park Drive**
**Rockland, MA 02370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,832.00** |
|---|---|---|---|

**Black Card/Card Services**
**Card Services**
**PO Box 13337**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,536.67** |
|---|---|---|---|

**Buckler's Inc.**
**116 Ridgewood Avenue**
**Hyannis, MA 02601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,761.90** |
|---|---|---|---|

**Christeyns Laundry Technology**
**859 Willard Street**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Cape Cod Commercial Linen Service, Inc.**                     Case number (if known) _____
        Name

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,765.00** |
|---|---|---|---|

**Citibank Business**
**P.O. Box 183113**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,567.39** |
|---|---|---|---|

**Fuelman Fleetcard**
**PO Box 105080**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harbor One Credit Union**
**P.O. Box 720**
**Brockton, MA 02303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Auto lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Honda Finance Services**
**PO Box 7829**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Auto lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$266.00** |
|---|---|---|---|

**Inside Out Mobile Washing, INc.**
**PO Box 212**
**Middleboro, MA 02346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,562.15** |
|---|---|---|---|

**Jensen USA Inc.**
**Dept. CH 19533**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$121,234.00** |
|---|---|---|---|

**Leo E. Tierney, Jr. & Constance Tierney**
**32 Jilma Drive**
**East Dennis, MA 02641**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Cape Cod Commercial Linen Service, Inc.**      Case number *(if known)* _____

     Name

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,230.00** |
|---|---|---|---|

**Mercedes Benz Financial**
**PO Box 5260**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$786.03** |
|---|---|---|---|

**Mibfab Inc.**
**PO Box 8484**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,292.80** |
|---|---|---|---|

**Mitnz, Levin, Cohn, Ferris, Glovsky**
**PO Box 4539**
**Boston, MA 02212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,796.80** |
|---|---|---|---|

**Norton Supply Co., Inc.**
**65 Bath Street**
**Providence, RI 02908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,252.00** |
|---|---|---|---|

**Perfectionist Landscaping Inc.**
**PO Box 1021**
**Osterville, MA 02655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,946.53** |
|---|---|---|---|

**Star Linen**
**1501 Lancer Drive**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,718.21** |
|---|---|---|---|

**Sunrise Credit Services Inc.**
**PO Box 9100**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:**   **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Cape Cod Commercial Linen Service, Inc.**

Name

Case number *(if known)*

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,212.48** |
|---|---|---|---|

**Supermedia LLC**
**555 St. Charles Drive, Suite 100**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.76** |
|---|---|---|---|

**Town of Barnstable**
**Collector of Taxes**
**367 Main Street**
**Hyannis, MA 02601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,409.62** |
|---|---|---|---|

**United Textile Distribution**
**PO Box 979**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$411.60** |
|---|---|---|---|

**World Pay**
**PO Box 48439**
**Minneapolis, MN 55448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,332.56** |
|---|---|---|---|

**Yankee Equipment Systems, Inc.**
**PO Box 630**
**Barrington, NH 03825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$396.00** |
|---|---|---|---|

**Yellow Pages United**
**PO Box 53282**
**Atlanta, GA 30355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **James T. Sullivan, Esq.**<br>**John C. Manoog, III, Esq.**<br>**450 South Street**<br>**Hyannis, MA 02601** | Line  **3.18**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Cape Cod Commercial Linen Service, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    **0.00** |
| **5b. Total claims from Part 2** | 5b.  **+** | $              **555,871.32** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $              **555,871.32** |

**Fill in this information to identify the case:**

Debtor name **Cape Cod Commercial Linen Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Vehicle lease 2015 Jeep Grand Cherokee** | |
| State the term remaining | |
| List the contract number of any government contract | **Ally** P.O. Box 9001948 Louisville, KY 40290 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Jensen Classic Folder - 60 month lease commencing 7/3/2013** | |
| State the term remaining | |
| List the contract number of any government contract | **Ascentium Capital LLC** 23970 US 59 NOrth Kingwood, TX 77339 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Vehicle lease - 2016 Audi** | |
| State the term remaining | |
| List the contract number of any government contract | **Audi Financial** P.O. Box 5215 Carol Stream, IL 60197 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Insurance installment contract** | |
| State the term remaining | |
| List the contract number of any government contract | **First Insurance Funding** PO Box 7000 Carol Stream, IL 60197 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Cape Cod Commercial Linen Service, Inc.**                              Case number (*if known*) _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Auto lease - 2014 Jeep Grand Cherokee** | |
|---|---|---|---|
| | State the term remaining | | **Harbor One Credit Union** |
| | List the contract number of any government contract | | **PO Box 720**<br>**Brockton, MA 02303** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease - 2012 Honda Civic** | |
|---|---|---|---|
| | State the term remaining | | **Honda Finance Services** |
| | List the contract number of any government contract | | **PO Box 7829**<br>**Philadelphia, PA 19101** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Building lease** | |
|---|---|---|---|
| | State the term remaining | | **This Is It, LLC** |
| | List the contract number of any government contract | | **880 Attucks Lane**<br>**Hyannis, MA 02601** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Jensen Logic Plus Feeder - 60 month lease commencing 6/13/2013** | |
|---|---|---|---|
| | State the term remaining | | **U.S. Bank Equipment Finance** |
| | List the contract number of any government contract | | **1310 Madrid Street**<br>**Marshall, MN 56258** |

**Fill in this information to identify the case:**

Debtor name __**Cape Cod Commercial Linen Service, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Anne Ehart** | **25 Smoke Valley Road Osterville, MA 02655** | **Bay Colony Development Corp. (SBA)** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 **D. Jeffrey Ehart** | **25 Smoke Valley Road Osterville, MA 02655** | **Bay Colony Development Corp. (SBA)** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 **This Is It, LLC** | **880 Attucks Lane Hyannis, MA 02601** | **Bay Colony Development Corp. (SBA)** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |

Schedule H: Your Codebtors

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Cape Cod Commercial Linen Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other   Gross Receipts | $393,496.60 |
   | **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **Gross Receipts** | $4,487,513.94 |
   | **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>■ Other   **Gross Receipts** | $4,311,284.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount

Debtor   **Cape Cod Commercial Linen Service, Inc.**                    Case number *(if known)* _____

may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Cape Cod Five Cents Savings Bank v. Cape Cod Commercial Linen Service, Inc., et al<br>2014-20 | Civil | Barnstable Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Balboa Capital Corporation v. Cape Cod Commercial Linen Services, Inc, et al<br>30-2014-00710387 | Civil | Orange County Superior Court<br>CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Leo E. Tierney Jr. et al v. Caisey Z. Allen, et al<br>1572CV00461 | Civil | Barnstable Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Cape Cod Commercial Linen Service, Inc.** | Case number *(if known)* |
|---|---|---|

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Cape Cod 5**<br>**171 Falmouth Road**<br>**Hyannis, MA 02601** | **Bank accounts** | **$0.00** |

| | Case title | Court name and address |
|---|---|---|
| | **Cape Cod 5 v. Cape Cod Comm Linen et al** | **Barnstable Superior** |
| | Case number | **Court** |
| | **2014-20** | |
| | Date of order or assignment | |

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Linens - damaged by town water** | **$30,000.00** | **Summer, 2015** | **$0.00** |
| **Lost productivity as a result of equipment fire** | **$458,633.89 paid to date, approx $75,000.00 owed pending resolution with insurance company** | **2013** | **$0.00** |

---

**Part 6:**    **Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Cape Cod Commercial Linen Service, Inc.**          Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Madoff & Khoury LLP**<br>**124 Washington Street, Suite 202**<br>**Foxborough, MA 02035** | **Attorney Fees - $12,324.80 was expended pre-petition, leaving a retainer of $16,392.20 being held by Madoff & Khoury.** | **2015** | **$28,717.00** |
| | Email or website address<br>**alston@mandkllp.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Massachusetts Bankruptcy Court** | **Filing fee** | **4/2016** | **$1,717.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Cape Cod Commercial Linen Service, Inc.**    Case number *(if known)* _____

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Cape Cod Commercial Linen Service, Inc.**                                    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various** | | **Debtor stores linens for clients at various times** | **$0.00** |

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■  No.
    ☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■  No.
    ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■  No.
    ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **American Bookkeeping Services 43 Phinney's Lane Centerville, MA 02632** | |

Debtor    **Cape Cod Commercial Linen Service, Inc.**                          Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.2.    **Verdolino & Lowey, P.C.**<br>**124 Washington Street**<br>**Foxboro, MA 02035** | |
| 26a.3.    **Darmody, Merlino & Co., LLP**<br>**Certified Public Accountants**<br>**75 Federal Street**<br>**Boston, MA 02110** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **See Above** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Cape Cod Five Cents Savings Bank**<br>**171 Falmouth Road**<br>**Hyannis, MA 02601** |
| 26d.2.    **.**<br>**Receiver issued financial statements to**<br>**potential buyers** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **D. Jeffrey Ehart** | **25 Smoke Valley Road**<br>**Osterville, MA** | **President and Treasurer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ann Ehart** | **25 Smoke Valley Road**<br>**Osterville, MA** | **Secretary** | |

Debtor    **Cape Cod Commercial Linen Service, Inc.**                    Case number *(if known)* _____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 13, 2016**

**/s/ D. Jeffrey Ehart**                            **D. Jeffrey Ehart**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207)** attached?
☐ No
■ Yes

**6:22 PM**

**05/12/16**

**Accrual Basis**

# Cape Cod Commercial Linen Service, Inc.
## Transaction Detail by Account
### February 1 through May 12, 2016

| Type | Date | Num | Name | Memo | Clr | Debit | Credit |
|------|------|-----|------|------|-----|-------|--------|
| **110 · VLPC Iolta / Escrow Account** | | | | | | | |
| Transfer | 5/4/2016 | | | Funds Transfer | | | 7,000.00 |
| Transfer | 5/4/2016 | | | Funds Transfer | | | 17,500.00 |
| Check | 5/12/2016 | 14756 | COMCAST | | | | 482.60 |
| Check | 5/12/2016 | 14757 | Northeast Record Retention LLC | | | | 26.50 |
| Check | 5/12/2016 | 14755 | VERDOLINO & LOWEY, P.C. | | | | 5,484.91 |
| Total 110 · VLPC Iolta / Escrow Account | | | | | | 0.00 | 30,494.01 |
| **103.1 · Citizens Bank Payroll** | | | | | | | |
| Transfer | 2/4/2016 | | | Funds Transfer | X | 17,375.93 | |
| Check | 2/5/2016 | 2.5.2016 | TBO PAYROLL SERVICE | PAYROLL WEEK ENDING 2.3.2... | X | | 17,375.93 |
| Transfer | 2/11/2016 | | | Funds Transfer | X | 17,368.15 | |
| Check | 2/12/2016 | 2.12.2016 | TBO PAYROLL SERVICE | Payroll week ending 2.10.2016 | X | | 17,368.15 |
| Transfer | 2/18/2016 | | | Funds Transfer | X | 23,837.55 | |
| Check | 2/19/2016 | 2.19.2017 | TBO PAYROLL SERVICE | Payroll Week Ending 2.17.2016 | X | | 23,837.55 |
| Transfer | 2/24/2016 | | | Funds Transfer | X | 20,745.83 | |
| Check | 2/26/2016 | 2.26.2018 | TBO PAYROLL SERVICE | Payroll week ending 2.24.2016 | X | | 20,745.83 |
| Transfer | 3/2/2016 | | | Funds Transfer | X | 18,354.42 | |
| Check | 3/4/2016 | 3.4.2016 | TBO PAYROLL SERVICE | Payroll week ending 3.2.2016 | X | | 18,354.42 |
| Transfer | 3/9/2016 | | | Funds Transfer | X | 17,716.84 | |
| Check | 3/11/2016 | 3.11.2016 | TBO PAYROLL SERVICE | Payroll week ending 3/9/2016 | X | | 17,716.84 |
| Transfer | 3/16/2016 | | | Funds Transfer | X | 18,000.65 | |
| Check | 3/18/2016 | 3.18.2016 | TBO PAYROLL SERVICE | Payroll week ending 3/16/2016 | X | | 18,000.65 |
| Transfer | 3/23/2016 | | | Funds Transfer | X | 21,248.17 | |
| Transfer | 3/24/2016 | | | Funds Transfer | X | 189.35 | |
| Check | 3/25/2016 | 3.25.2016 | TBO PAYROLL SERVICE | Payroll week ending 3.23.2016 | X | | 21,248.17 |
| Transfer | 3/30/2016 | | | Funds Transfer | X | 22,645.22 | |
| Check | 4/1/2016 | 4.1.2016 | TBO PAYROLL SERVICE | Payroll week ending 3.30.2016 | X | | 22,645.22 |
| Transfer | 4/6/2016 | | | Funds Transfer | X | 25,410.82 | |
| Check | 4/8/2016 | 4.8.2016 | TBO PAYROLL SERVICE | Payroll week ending 4.1.2016 | X | | 25,410.82 |
| Transfer | 4/14/2016 | | | Funds Transfer | X | 24,486.39 | |
| Check | 4/15/2016 | 4.15.2017 | TBO PAYROLL SERVICE | Payroll week ending 4.13.2016 | X | | 24,486.39 |
| Transfer | 4/19/2016 | | | Funds Transfer 4146109809867... | X | 30,039.37 | |
| Check | 4/20/2016 | 4.20.2016 | TBO PAYROLL SERVICE | Payroll Week Ending 4.20.2016 | X | | 30,039.37 |
| Check | 4/26/2016 | 1051 | Tampa Hospitality Management | 01 | X | | 6,494.25 |
| Check | 4/27/2016 | 4.27.2016 | TBO PAYROLL SERVICE | Payroll week ending 4.25.2016 | X | | 38,670.36 |
| Transfer | 4/27/2016 | | | Funds Transfer | X | | 3,000.00 |
| Check | 4/27/2016 | To adjust | TBO PAYROLL SERVICE | to adjust | X | | 189.35 |
| Check | 5/3/2016 | 5.3.2016 | TBO PAYROLL SERVICE | Payroll Week Ending 5.1.2016 | X | | 37,563.51 |
| Transfer | 5/3/2016 | | | Funds Transfer | X | 37,500.00 | |
| Check | 5/4/2016 | 1054 | Dasia Woolery | 10 ours @ 11 per hour | X | | 101.58 |
| Check | 5/11/2016 | 5.11.2016 | TBO PAYROLL SERVICE | Payroll week ending 5.10.2016 | X | | 36,812.07 |
| Transfer | 5/11/2016 | | | Funds Transfer | | 35,350.00 | |
| Total 103.1 · Citizens Bank Payroll | | | | | | 330,268.69 | 380,060.46 |
| **103 · Citizens Bank Operating** | | | | | | | |
| Deposit | 2/3/2016 | | | Deposit | X | 3,392.47 | |
| Deposit | 2/3/2016 | | | Deposit | X | 19,560.20 | |
| Bill Pmt -Check | 2/3/2016 | 1919 | Tampa Hospitality Management | | X | | 1,896.58 |

6:22 PM

05/12/16

Accrual Basis

## Cape Cod Commercial Linen Service, Inc.
## Transaction Detail by Account
### February 1 through May 12, 2016

| Type | Date | Num | Name | Memo | Clr | Debit | Credit |
|------|------|-----|------|------|-----|-------|--------|
| Bill Pmt -Check | 2/3/2016 | 1918 | Steamship Authority | No Bill | X | | 492.00 |
| Check | 2/3/2016 | 1920 | VERDOLINO & LOWEY, P.C. | no bill | X | | 1,000.00 |
| Deposit | 2/4/2016 | | Deposit | Deposit | X | 9,639.85 | |
| Transfer | 2/4/2016 | | | Funds Transfer | X | | 17,375.93 |
| Check | 2/4/2016 | 1921 | Ally | | X | | 1,255.48 |
| Bill Pmt -Check | 2/4/2016 | 1922 | Ascentium Capital LLC - Lease 21... | | X | | 2,080.98 |
| Check | 2/4/2016 | 1923 | Isuzu Finance of America, Inc | | X | | 1,331.39 |
| Deposit | 2/9/2016 | | Deposit | Deposit | X | 5,898.93 | |
| Bill Pmt -Check | 2/10/2016 | 1924 | Tampa Hospitality Management | | X | | 1,496.32 |
| Check | 2/10/2016 | | Fidelity | | X | | 250.00 |
| Check | 2/11/2016 | 1925 | VERDOLINO & LOWEY, P.C. | no bill | X | | 1,000.00 |
| Bill Pmt -Check | 2/11/2016 | 1926 | All Cape Welding | | X | | 42.50 |
| Bill Pmt -Check | 2/11/2016 | 1928 | COMCAST BUSINESS | Account 903290913 | X | | 350.92 |
| Bill Pmt -Check | 2/11/2016 | 1929 | Eversource | Account 2879-801-0014  Bill Dat... | X | | 6,642.02 |
| Bill Pmt -Check | 2/11/2016 | 1930 | FULLER ELECTRIC CO., INC | No Bill | X | | 613.28 |
| Bill Pmt -Check | 2/11/2016 | 1931 | Global Montello Group Corp. | 10001580 | X | | 6,551.44 |
| Bill Pmt -Check | 2/11/2016 | 1932 | Package Supply | no bill | X | | 1,029.48 |
| Bill Pmt -Check | 2/11/2016 | 1933 | Sav-On West Main | | X | | 891.87 |
| Bill Pmt -Check | 2/11/2016 | 1934 | TOWN OF BARNSTABLE- PERS... | | X | | 169.50 |
| Bill Pmt -Check | 2/11/2016 | 1936 | F.W. Webb Company Inc | | X | | 409.84 |
| Bill Pmt -Check | 2/11/2016 | 1935 | US Bank N.A. - Jensen Logic Plus ... | | X | | 3,315.69 |
| Check | 2/11/2016 | 1937 | Beachside Village Corp | | X | | 283.73 |
| Bill Pmt -Check | 2/11/2016 | 1939 | Steamship Authority | No Bill | X | | 1,599.00 |
| Transfer | 2/11/2016 | | | Funds Transfer | X | | 17,368.15 |
| Check | 2/11/2016 | 1938 | Ally | | X | | 1,367.94 |
| Check | 2/11/2016 | 1927 | Ally | | X | | 723.79 |
| Deposit | 2/12/2016 | | Deposit | Deposit | X | 8,842.54 | |
| Bill Pmt -Check | 2/18/2016 | 1940 | Tampa Hospitality Management | | X | | 4,305.84 |
| Bill Pmt -Check | 2/18/2016 | 1941 | American Bookkeeping Services | | X | | 150.00 |
| Bill Pmt -Check | 2/18/2016 | 1942 | Frank Edmunds | | X | | 1,500.00 |
| Bill Pmt -Check | 2/18/2016 | 1943 | Steamship Authority | | X | | 4,101.30 |
| Transfer | 2/18/2016 | | | Funds Transfer | X | | 23,837.55 |
| Check | 2/18/2016 | 1944 | VERDOLINO & LOWEY, P.C. | no bill | X | | 1,000.00 |
| Deposit | 2/22/2016 | | Deposit | Deposit | X | 21,826.29 | |
| Deposit | 2/22/2016 | | Deposit | Deposit | X | 18,227.33 | |
| Bill Pmt -Check | 2/23/2016 | 1945 | Steamship Authority | New Invoices on the 2/1/16 state... | X | | 458.50 |
| Bill Pmt -Check | 2/24/2016 | 1946 | Tampa Hospitality Management | no bill | X | | 3,737.87 |
| Bill Pmt -Check | 2/24/2016 | 1949 | Altus Dental | | X | | 507.00 |
| Bill Pmt -Check | 2/24/2016 | 1947 | First Insurance Funding Corp | | X | | 6,612.88 |
| Bill Pmt -Check | 2/24/2016 | 1950 | Harvard Pilgrim - PPO | | X | | 4,086.24 |
| Bill Pmt -Check | 2/24/2016 | 1948 | MA Retail Merchants WC Group, I... | | X | | 5,395.00 |
| Bill Pmt -Check | 2/24/2016 | 1954 | American Bookkeeping Services | | X | | 50.00 |
| Bill Pmt -Check | 2/24/2016 | 1951 | Harvard Pilgrim - HMO | | X | | 5,689.89 |
| Bill Pmt -Check | 2/24/2016 | 1952 | Marty's GMAC | Account 53657 | X | | 186.51 |
| Bill Pmt -Check | 2/24/2016 | 1953 | Sprint | Account 491430264 | X | | 273.98 |
| Bill Pmt -Check | 2/24/2016 | 1955 | BCS CallProcessing, Inc. | BCS-24947 | X | | 936.80 |
| Bill Pmt -Check | 2/24/2016 | 1956 | BRADFORD'S ACE HARDWARE, ... | | X | | 711.91 |
| Bill Pmt -Check | 2/24/2016 | 1957 | COMCAST | Account 8773-10-270-0764998 | X | | 482.60 |
| Bill Pmt -Check | 2/24/2016 | 1958 | Estacio's Landscaping & Maintena... | | X | | 800.00 |

6:22 PM

05/12/16

Accrual Basis

## Cape Cod Commercial Linen Service, Inc.
## Transaction Detail by Account
### February 1 through May 12, 2016

| Type | Date | Num | Name | Memo | Clr | Debit | Credit |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 2/24/2016 | 1959 | Honda Financial Services | Account 159775364 | X | | 147.23 |
| Bill Pmt -Check | 2/24/2016 | 1960 | Hyannis Water Systems Operations | 608118-1 | X | | 2,096.37 |
| Bill Pmt -Check | 2/24/2016 | 1961 | McMaster-Carr | | X | | 206.02 |
| Bill Pmt -Check | 2/24/2016 | 1966 | F.W. Webb Company Inc | | X | | 4,243.19 |
| Bill Pmt -Check | 2/24/2016 | 1968 | Nauset Disposal | | X | | 382.95 |
| Bill Pmt -Check | 2/24/2016 | 1962 | NUTTER, MCCLENNEN & FISH, ... | Client 0111036 | X | | 50.00 |
| Bill Pmt -Check | 2/24/2016 | 1963 | Package Supply | Account 14125 | X | | 1,078.32 |
| Bill Pmt -Check | 2/24/2016 | 1964 | RON'S TRUCK STOP INC | | X | | 528.64 |
| Bill Pmt -Check | 2/24/2016 | 1965 | Sav-On West Main | | X | | 874.42 |
| Bill Pmt -Check | 2/24/2016 | 1967 | VERIZON | 508-771-4157 | X | | 117.09 |
| Transfer | 2/24/2016 | | | Funds Transfer | X | | 20,745.83 |
| Bill Pmt -Check | 2/26/2016 | 2017 | Honda Financial Services | VOID: Account 159775364  lost i... | X | 0.00 | |
| Deposit | 2/29/2016 | | | Deposit | X | 9,295.06 | |
| Bill Pmt -Check | 3/2/2016 | 1971 | Steamship Authority | 2/11 invoices | X | | 246.00 |
| Bill Pmt -Check | 3/2/2016 | 1969 | Tampa Hospitality Management | no bill | X | | 2,718.66 |
| Check | 3/2/2016 | 1970 | VERDOLINO & LOWEY, P.C. | no bill | X | | 1,000.00 |
| Bill Pmt -Check | 3/2/2016 | 1972 | Ascentium Capital LLC - Lease 21... | | X | | 2,080.98 |
| Check | 3/2/2016 | 1974 | Ally | | X | | 1,255.48 |
| Bill Pmt -Check | 3/2/2016 | 1975 | Cape Cod Trailer | | X | | 63.75 |
| Check | 3/2/2016 | 1977 | Isuzu Finance of America, Inc | | X | | 1,331.39 |
| Bill Pmt -Check | 3/2/2016 | 1978 | Northeast Record Retention LLC | | X | | 26.50 |
| Bill Pmt -Check | 3/2/2016 | 1980 | Sav-On West Main | | X | | 534.26 |
| Bill Pmt -Check | 3/2/2016 | 1981 | US Bank N.A. - Jensen Logic Plus ... | | X | | 3,315.69 |
| Bill Pmt -Check | 3/2/2016 | 1982 | Town of Barnstable - Excise | | X | | 106.25 |
| Bill Pmt -Check | 3/2/2016 | 1983 | Town of Barnstable - Excise | | X | | 66.25 |
| Bill Pmt -Check | 3/2/2016 | 1984 | Town of Barnstable - Excise | | X | | 80.00 |
| Bill Pmt -Check | 3/2/2016 | 1985 | Town of Barnstable - Excise | | X | | 110.00 |
| Bill Pmt -Check | 3/2/2016 | 1986 | Town of Barnstable - Excise | | X | | 1,977.50 |
| Bill Pmt -Check | 3/2/2016 | 1987 | Town of Barnstable - Excise | | X | | 1,977.50 |
| Bill Pmt -Check | 3/2/2016 | 1988 | Town of Barnstable - Excise | | X | | 1,977.50 |
| Bill Pmt -Check | 3/2/2016 | 1989 | Town of Barnstable - Excise | | X | | 208.75 |
| Bill Pmt -Check | 3/2/2016 | 1990 | Town of Barnstable - Excise | | X | | 156.25 |
| Transfer | 3/2/2016 | | | Funds Transfer | X | | 18,354.42 |
| Bill Pmt -Check | 3/2/2016 | 1991 | American Bookkeeping Services | | X | | 87.50 |
| Check | 3/2/2016 | 1973 | void | VOID: | X | 0.00 | |
| Bill Pmt -Check | 3/2/2016 | 1976 | Cintas | | X | | 241.91 |
| Bill Pmt -Check | 3/2/2016 | 1979 | Perfectionist Landscaping Inc | | X | | 1,480.00 |
| Deposit | 3/3/2016 | | | Deposit | X | 29,430.31 | |
| Deposit | 3/3/2016 | | | Deposit | X | 2,826.28 | |
| Check | 3/3/2016 | 1992 | Cape Cod Five Cents Savings Bank | | X | | 22,000.00 |
| Bill Pmt -Check | 3/3/2016 | 1993 | Franey Mechanical Services Inc | | X | | 4,036.76 |
| Bill Pmt -Check | 3/8/2016 | 1994 | Steamship Authority | Current Due | X | | 492.00 |
| Check | 3/8/2016 | | COMMONWEALTH OF MA | 2015 Corp Tax | X | | 456.00 |
| Bill Pmt -Check | 3/9/2016 | 2000 | Ally | Account 024923774702 | X | | 642.36 |
| Bill Pmt -Check | 3/9/2016 | 1999 | American Bookkeeping Services | | X | | 100.00 |
| Bill Pmt -Check | 3/9/2016 | 1996 | Eversource | Account 2879-801-0014  Bill Dat... | X | | 6,642.02 |
| Bill Pmt -Check | 3/9/2016 | 1998 | F.W. Webb Company Inc | | X | | 1,173.14 |
| Bill Pmt -Check | 3/9/2016 | 1995 | Tampa Hospitality Management | no bill | X | | 2,473.10 |
| Bill Pmt -Check | 3/9/2016 | 2001 | COMCAST BUSINESS | Account 903290913 | X | | 367.69 |

6:22 PM

05/12/16

Accrual Basis

## Cape Cod Commercial Linen Service, Inc.
## Transaction Detail by Account
### February 1 through May 12, 2016

| Type | Date | Num | Name | Memo | Clr | Debit | Credit |
|------|------|-----|------|------|-----|-------|--------|
| Bill Pmt -Check | 3/9/2016 | 2002 | TOWN OF BARNSTABLE-SEWER | Account 0935 | | | 10,000.00 |
| Transfer | 3/9/2016 | | | Funds Transfer | X | | 17,716.84 |
| Bill Pmt -Check | 3/9/2016 | 2003 | Christeyns Laundry Technology | | X | | 8,649.11 |
| Check | 3/9/2016 | 1997 | Ally | | X | | 1,335.57 |
| Deposit | 3/10/2016 | | | Deposit | X | 19,782.01 | |
| Deposit | 3/10/2016 | | | Deposit | X | 2,643.60 | |
| Check | 3/14/2016 | 2004 | COMMONWEALTH OF MA | annual report domestic & foreign | X | | 125.00 |
| Check | 3/14/2016 | 2005 | COMMONWEALTH OF MA | LLC This is It | X | | 500.00 |
| Check | 3/14/2016 | 2006 | COMMONWEALTH OF MA | change of address CCCL | X | | 25.00 |
| Deposit | 3/16/2016 | | | Deposit | X | 22,595.21 | |
| Transfer | 3/16/2016 | | | Funds Transfer | X | | 18,000.65 |
| Bill Pmt -Check | 3/16/2016 | 2007 | Tampa Hospitality Management | no bill | X | | 2,666.30 |
| Bill Pmt -Check | 3/16/2016 | 2010 | BCS CallProcessing, Inc. | BCS-25063 | X | | 936.80 |
| Bill Pmt -Check | 3/16/2016 | 2009 | Global Montello Group Corp. | 10001580 | X | | 4,456.41 |
| Bill Pmt -Check | 3/16/2016 | 2008 | Tingue, Brown & Company | 10001580 | X | | 9,347.88 |
| Bill Pmt -Check | 3/16/2016 | 2011 | BRADFORD'S ACE HARDWARE, ... | | X | | 339.88 |
| Bill Pmt -Check | 3/16/2016 | 2012 | Segolini Construction | | X | | 4,150.00 |
| Bill Pmt -Check | 3/16/2016 | 2014 | Custom Coatings | | X | | 150.00 |
| Bill Pmt -Check | 3/16/2016 | 2014 | Frank Edmunds | | X | | 1,850.00 |
| Bill Pmt -Check | 3/16/2016 | 2013 | Package Supply | | X | | 2,483.13 |
| Bill Pmt -Check | 3/16/2016 | 2016 | VERIZON | 508-771-4157 | X | | 118.23 |
| Check | 3/17/2016 | 2018 | VERDOLINO & LOWEY, P.C. | no bill | X | | 1,000.00 |
| Check | 3/17/2016 | 2019 | VERDOLINO & LOWEY, P.C. | no bill | X | | 1,000.00 |
| Deposit | 3/21/2016 | | | Deposit | X | 30,196.79 | |
| Bill Pmt -Check | 3/21/2016 | 2020 | Steamship Authority | | X | | 1,438.50 |
| Bill Pmt -Check | 3/23/2016 | 2022 | All Cape Welding | | X | | 191.25 |
| Bill Pmt -Check | 3/23/2016 | 2023 | American Bookkeeping Services | | X | | 100.00 |
| Bill Pmt -Check | 3/23/2016 | 2024 | BUCKLER'S TOWING, INC. | | X | | 190.00 |
| Bill Pmt -Check | 3/23/2016 | 2025 | Canco Fire Sprinkler | | X | | 210.00 |
| Bill Pmt -Check | 3/23/2016 | 2027 | CAPE COD CHAMBER OF COM... | Member # 5829 | X | | 295.00 |
| Bill Pmt -Check | 3/23/2016 | 2026 | COMCAST | Account 8773-10-270-0764998 | X | | 482.60 |
| Bill Pmt -Check | 3/23/2016 | 2028 | COMMONWEALTH OF MA | | X | | 104.77 |
| Bill Pmt -Check | 3/23/2016 | 2021 | Tampa Hospitality Management | no bill | X | | 2,829.54 |
| Bill Pmt -Check | 3/23/2016 | 2029 | Harvard Pilgrim - HMO | Customer # 0592350000 | X | | 5,689.89 |
| Bill Pmt -Check | 3/23/2016 | 2030 | Harvard Pilgrim - PPO | | X | | 4,086.24 |
| Bill Pmt -Check | 3/23/2016 | 2031 | National Grid - 54634-11280 | | X | | 888.26 |
| Bill Pmt -Check | 3/23/2016 | 2032 | Nauset Disposal | Account 1634900 | X | | 486.86 |
| Bill Pmt -Check | 3/23/2016 | 2033 | Northeast Record Retention LLC | | X | | 26.50 |
| Bill Pmt -Check | 3/23/2016 | 2034 | Sav-On West Main | | X | | 50.41 |
| Bill Pmt -Check | 3/23/2016 | 2037 | Hyannis Water Systems Operations | 608118-1 | X | | 1,752.58 |
| Bill Pmt -Check | 3/23/2016 | 2035 | Sav-On West Main | | X | | 1,049.30 |
| Bill Pmt -Check | 3/23/2016 | 2038 | SPARTAN CLEANERS | | X | | 169.50 |
| Bill Pmt -Check | 3/23/2016 | 2036 | Sprint | Account 491430264 | X | | 228.98 |
| Bill Pmt -Check | 3/23/2016 | 2040 | Altus Dental | | X | | 507.00 |
| Bill Pmt -Check | 3/23/2016 | 2039 | MA Retail Merchants WC Group, I... | | X | | 5,395.00 |
| Bill Pmt -Check | 3/23/2016 | 2041 | Meese Orbitron Dunne Company | | X | | 14,651.50 |
| Transfer | 3/23/2016 | | | Funds Transfer | X | | 21,248.17 |
| Transfer | 3/24/2016 | | | Funds Transfer | X | | 189.35 |
| Deposit | 3/25/2016 | | | Deposit | X | 3,160.80 | |

**Cape Cod Commercial Linen Service, Inc.**
## Transaction Detail by Account
February 1 through May 12, 2016

6:22 PM

05/12/16

Accrual Basis

| Type | Date | Num | Name | Memo | Clr | Debit | Credit |
|------|------|-----|------|------|-----|-------|--------|
| Deposit | 3/28/2016 | | | Deposit | X | 16,396.57 | |
| Bill Pmt -Check | 3/29/2016 | 2042 | Steamship Authority | | X | | 492.00 |
| Bill Pmt -Check | 3/30/2016 | 2044 | American Bookkeeping Services | | X | | 125.00 |
| Bill Pmt -Check | 3/30/2016 | 2045 | Package Supply | | X | | 1,191.03 |
| Bill Pmt -Check | 3/30/2016 | 2043 | Tampa Hospitality Management | no bill | X | | 3,391.01 |
| Bill Pmt -Check | 3/30/2016 | 2049 | Ascentium Capital LLC - Lease 21... | | X | | 2,080.98 |
| Bill Pmt -Check | 3/30/2016 | 2050 | First Insurance Funding Corp | | X | | 6,612.88 |
| Bill Pmt -Check | 3/30/2016 | 2046 | Sav-On West Main | | X | | 652.82 |
| Transfer | 3/30/2016 | | | Funds Transfer | X | | 22,645.22 |
| Check | 3/30/2016 | 2052 | Cape Cod Five Cents Savings Bank | | X | | 22,000.00 |
| Bill Pmt -Check | 3/30/2016 | 2053 | Tingue, Brown & Company | Customer 111842  no bill | X | | 3,210.04 |
| Check | 3/30/2016 | 2051 | Isuzu Finance of America, Inc | | X | | 1,331.39 |
| Check | 3/30/2016 | 2048 | Ally | VOID: lost in mail per Patrick pai... | X | 0.00 | |
| Bill Pmt -Check | 3/30/2016 | 2047 | Ally | Account 024923774702  2015 Je... | X | | 721.88 |
| Check | 3/30/2016 | 2048 | Ally | this is the check the receiver nee... | X | | 1,255.48 |
| Deposit | 3/31/2016 | | | Deposit | X | 3,935.91 | |
| Deposit | 3/31/2016 | | | Deposit | X | 2,826.28 | |
| Deposit | 4/5/2016 | | | Deposit | X | 35,491.33 | |
| Check | 4/5/2016 | | Fidelity | | X | | 400.00 |
| Bill Pmt -Check | 4/5/2016 | 2054 | BRADFORD'S ACE HARDWARE, ... | | X | | 252.61 |
| Bill Pmt -Check | 4/5/2016 | 2055 | Cape Cod Trailer | | X | | 63.75 |
| Bill Pmt -Check | 4/5/2016 | 2056 | COMCAST BUSINESS | Account 903290913 | X | | 391.68 |
| Bill Pmt -Check | 4/5/2016 | 2058 | Eversource | Account 2879-801-0014  Bill Dat... | X | | 7,468.54 |
| Bill Pmt -Check | 4/5/2016 | 2057 | Hyannis Harbor Tours Inc | | X | | 95.40 |
| Bill Pmt -Check | 4/5/2016 | 2059 | Honda Financial Services | | X | | 199.59 |
| Bill Pmt -Check | 4/5/2016 | 2060 | US Bank N.A. - Jensen Logic Plus ... | | X | | 3,315.69 |
| Bill Pmt -Check | 4/6/2016 | 2061 | Tampa Hospitality Management | no bill | X | | 3,723.23 |
| Bill Pmt -Check | 4/6/2016 | 2062 | Tingue, Brown & Company | Customer 111842  no bill | X | | 3,518.83 |
| Transfer | 4/6/2016 | | | Funds Transfer | X | | 25,410.82 |
| Check | 4/6/2016 | 2063 | VERDOLINO & LOWEY, P.C. | no bill | X | | 1,000.00 |
| Deposit | 4/11/2016 | | | Deposit | X | 26,206.73 | |
| Bill Pmt -Check | 4/11/2016 | 2078 | United Textile Distribution | | X | | 3,983.52 |
| Check | 4/11/2016 | 2064 | Steamship Authority | | X | | 1,459.00 |
| Deposit | 4/13/2016 | | | Deposit | X | 2,826.28 | |
| Check | 4/13/2016 | 2065 | Tampa Hospitality Management | Invoice 51 | X | | 3,839.64 |
| Transfer | 4/14/2016 | | | Funds Transfer | X | | 24,486.39 |
| Bill Pmt -Check | 4/14/2016 | 2068 | American Bookkeeping Services | | X | | 225.00 |
| Bill Pmt -Check | 4/14/2016 | 2069 | BCS CallProcessing, Inc. | BCS-25209 | X | | 936.80 |
| Bill Pmt -Check | 4/14/2016 | 2071 | Christeyns Laundry Technology | | X | | 8,390.51 |
| Bill Pmt -Check | 4/14/2016 | 2072 | Hyannis Water Systems Operations | | X | | 1,887.18 |
| Bill Pmt -Check | 4/14/2016 | 2073 | MID CAPE MEDICAL CENTER | Date of Service 3/23/16 | X | | 150.00 |
| Bill Pmt -Check | 4/14/2016 | 2074 | Nauset Disposal | Account 1634900 | X | | 486.86 |
| Bill Pmt -Check | 4/14/2016 | 2077 | Package Supply | | X | | 1,671.24 |
| Bill Pmt -Check | 4/14/2016 | 2075 | Sav-On West Main | | X | | 167.26 |
| Bill Pmt -Check | 4/14/2016 | 2076 | Sav-On West Main | | X | | 711.23 |
| Bill Pmt -Check | 4/14/2016 | 2080 | US Bank NA - GMC Yukon | VIN 251166 2013 GMC Yukon D... | X | | 6,027.04 |
| Bill Pmt -Check | 4/14/2016 | 2079 | VERIZON | 508-771-4157 | X | | 117.21 |
| Bill Pmt -Check | 4/14/2016 | 2081 | F.W. Webb Company Inc | | X | | 3,148.12 |
| Bill Pmt -Check | 4/14/2016 | 2082 | YANKEE EQUIPMENT SYSTEMS... | | X | | 3,010.85 |

6:22 PM

05/12/16

Accrual Basis

## Cape Cod Commercial Linen Service, Inc.
## Transaction Detail by Account
### February 1 through May 12, 2016

| Type | Date | Num | Name | Memo | Clr | Debit | Credit |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 4/14/2016 | 2083 | All Cape Welding | | X | | 210.52 |
| Bill Pmt -Check | 4/14/2016 | 2084 | Blanchard Electric Inc | | X | | 412.04 |
| Bill Pmt -Check | 4/14/2016 | 2085 | BRADFORD'S ACE HARDWARE, ... | | X | | 320.86 |
| Bill Pmt -Check | 4/14/2016 | 2086 | CAPE TIRE SERVICE INC | | X | | 888.13 |
| Bill Pmt -Check | 4/14/2016 | 2087 | COMCAST | | X | | 482.60 |
| Bill Pmt -Check | 4/14/2016 | 2088 | Frank Edmunds | | X | | 2,500.00 |
| Bill Pmt -Check | 4/14/2016 | 2089 | McMaster-Carr | | X | | 83.57 |
| Bill Pmt -Check | 4/14/2016 | 2090 | National Grid - 54634-11280 | | X | | 2,042.42 |
| Bill Pmt -Check | 4/14/2016 | 2091 | RON'S TRUCK STOP INC | | X | | 2,273.75 |
| Bill Pmt -Check | 4/14/2016 | 2092 | Segolini Construction | | X | | 4,150.00 |
| Bill Pmt -Check | 4/14/2016 | 2094 | Tingue, Brown & Company | | X | | 7,968.00 |
| Bill Pmt -Check | 4/14/2016 | 2093 | Sprint | | X | | 263.98 |
| Bill Pmt -Check | 4/14/2016 | 2095 | ModRoto | Laundry Carts | X | | 9,116.06 |
| Check | 4/14/2016 | 2096 | VERDOLINO & LOWEY, P.C. | no bill | X | | 1,000.00 |
| Bill Pmt -Check | 4/14/2016 | 2070 | Cape Cod Trailer | | X | | 127.50 |
| Check | 4/14/2016 | 2066 | Ally | | X | | 1,335.57 |
| Check | 4/14/2016 | 2067 | Ally | Pays Invoice 024923774702 467... | X | | 1,189.28 |
| Deposit | 4/15/2016 | | | Deposit | X | 2,490.40 | |
| Bill Pmt -Check | 4/15/2016 | 2097 | Global Montello Group Corp. | | X | | 7,695.60 |
| Bill Pmt -Check | 4/15/2016 | 2099 | Harvard Pilgrim - HMO | | X | | 5,689.89 |
| Bill Pmt -Check | 4/15/2016 | 2098 | Harvard Pilgrim - PPO | | X | | 4,086.24 |
| Bill Pmt -Check | 4/15/2016 | 2100 | LUBE ON LOCATION, INC. | | X | | 44.53 |
| Bill Pmt -Check | 4/15/2016 | 2101 | Northeast Record Retention LLC | | X | | 26.50 |
| Bill Pmt -Check | 4/15/2016 | 2102 | Sav-On West Main | | X | | 1,000.00 |
| Bill Pmt -Check | 4/15/2016 | 2103 | Sav-On West Main | | X | | 116.58 |
| Bill Pmt -Check | 4/15/2016 | 2104 | Sav-On West Main | | X | | 933.89 |
| Deposit | 4/18/2016 | | | Deposit | X | 23,710.10 | |
| Bill Pmt -Check | 4/18/2016 | 2106 | Altus Dental | | X | | 507.00 |
| Bill Pmt -Check | 4/18/2016 | 2107 | Hyannis Water Systems Operations | | X | | 216.33 |
| Bill Pmt -Check | 4/18/2016 | 2108 | Pitney Bowes - Leasing | Account 2486704 | X | | 243.31 |
| Check | 4/18/2016 | EFT | Fidelity | | X | | 200.00 |
| Check | 4/18/2016 | 2105 | Steamship Authority | | X | | 542.00 |
| Check | 4/19/2016 | 2109 | Tampa Hospitality Management | | X | | 4,770.57 |
| Check | 4/19/2016 | 2111 | QV Personnel | | X | | 2,280.00 |
| Bill Pmt -Check | 4/19/2016 | 2110 | Tingue, Brown & Company | | X | | 216.00 |
| Bill Pmt -Check | 4/19/2016 | 2112 | Package Supply | | X | | 2,705.10 |
| Transfer | 4/19/2016 | | | Funds Transfer 4146109809867... | X | | 30,039.37 |
| Check | 4/20/2016 | EFT | Fidelity | | X | | 200.00 |
| Check | 4/21/2016 | 2113 | Madoff & Khoury LLP | RETAINER | X | | 28,434.00 |
| Check | 4/21/2016 | 2114 | BErickson Group, LLC | | X | | 7,500.00 |
| Deposit | 4/26/2016 | | | Deposit | X | 15,126.47 | |
| Deposit | 4/26/2016 | | | Deposit | X | 7,002.61 | |
| Check | 4/27/2016 | 2115 | MID CAPE MEDICAL CENTER | Invoice 42358 | X | | 600.00 |
| Check | 4/27/2016 | 2116 | QV Personnel | Pending Invoice | X | | 3,900.00 |
| Check | 4/27/2016 | 2117 | Ascentium Capital LLC - Lease 21... | 1363728 | X | | 2,080.98 |
| Check | 4/27/2016 | 2118 | Eversource | | X | | 8,142.95 |
| Check | 4/27/2016 | 2119 | MA Retail Merchants WC Group, I... | | X | | 5,395.00 |
| Check | 4/27/2016 | 2120 | Ally | this pays two months it appears ... | X | | 2,510.96 |
| Check | 4/27/2016 | 2121 | COMCAST BUSINESS | 42314967 | X | | 367.26 |

6:22 PM

05/12/16

Accrual Basis

# Cape Cod Commercial Linen Service, Inc.
## Transaction Detail by Account
### February 1 through May 12, 2016

| Type | Date | Num | Name | Memo | Clr | Debit | Credit |
|------|------|-----|------|------|-----|-------|--------|
| Check | 4/27/2016 | 2122 | First Insurance Funding Corp | | | | 6,612.88 |
| Check | 4/27/2016 | 2123 | Sav-On West Main | on account | | | 476.89 |
| Transfer | 4/27/2016 | | | Funds Transfer | X | 3,000.00 | |
| Bill Pmt -Check | 4/28/2016 | 2124 | Ralph J. Perry Inc. | no bill | | | 322.16 |
| Deposit | 5/2/2016 | | | Deposit | | 41,342.39 | |
| Deposit | 5/2/2016 | | | Deposit | | 16,382.99 | |
| Transfer | 5/3/2016 | | | Funds Transfer | | | 37,500.00 |
| Bill Pmt -Check | 5/3/2016 | 2125 | Tampa Hospitality Management | | | | 5,058.27 |
| Bill Pmt -Check | 5/3/2016 | 2126 | QV Personnel | | | | 3,000.00 |
| Deposit | 5/4/2016 | | | Deposit | | 2,542.74 | |
| Transfer | 5/4/2016 | | | Funds Transfer | | 7,000.00 | |
| Transfer | 5/4/2016 | | | Funds Transfer | | 17,500.00 | |
| Bill Pmt -Check | 5/4/2016 | 2129 | Aristo Craft | | | | 267.54 |
| Bill Pmt -Check | 5/4/2016 | 2130 | Atlas Copco Compressors,  Inc. | Account 405724 | | | 700.00 |
| Bill Pmt -Check | 5/4/2016 | 2131 | BCS CallProcessing, Inc. | BCS-25313 | | | 936.80 |
| Bill Pmt -Check | 5/4/2016 | 2132 | Christeyns Laundry Technology | | | | 3,183.07 |
| Bill Pmt -Check | 5/4/2016 | 2134 | Nauset Disposal | Account 1634900 | | | 623.36 |
| Bill Pmt -Check | 5/4/2016 | 2135 | US Bank N.A. - Jensen Logic Plus ... | | | | 3,315.69 |
| Bill Pmt -Check | 5/4/2016 | 2136 | VERIZON | 508-771-4157 | | | 123.37 |
| Bill Pmt -Check | 5/4/2016 | 2137 | Steamship Authority | | | | 1,355.00 |
| Bill Pmt -Check | 5/4/2016 | 2138 | Package Supply | no bill memo on register says #1... | | | 7,736.62 |
| Bill Pmt -Check | 5/4/2016 | 2139 | BRADFORD'S ACE HARDWARE, ... | | | | 325.70 |
| Check | 5/4/2016 | 2140 | Arbella Protection | | | | 17,223.00 |
| Check | 5/4/2016 | 2133 | Isuzu Finance of America, Inc | | | | 1,331.39 |
| Check | 5/4/2016 | 2128 | Ally | | | | 501.88 |
| Check | 5/4/2016 | 2127 | Ally | | | | 1,335.57 |
| Deposit | 5/9/2016 | | | Deposit | | 32,961.31 | |
| Deposit | 5/9/2016 | | | Deposit | | 19,024.35 | |
| Check | 5/11/2016 | 2154 | BCS CallProcessing, Inc. | | | | 404.97 |
| Check | 5/11/2016 | 2144 | Aristo Craft | | | | 1,975.58 |
| Check | 5/11/2016 | 2145 | Blanchard Electric Inc | | | | 651.89 |
| Check | 5/11/2016 | 2146 | BRADFORD'S ACE HARDWARE, ... | | | | 127.46 |
| Check | 5/11/2016 | 2148 | Hyannis Harbor Tours Inc | | | | 497.00 |
| Check | 5/11/2016 | 2149 | ModRoto | | | | 466.63 |
| Check | 5/11/2016 | 2150 | Sav-On West Main | | | | 549.28 |
| Check | 5/11/2016 | 2151 | Sprint | | | | 268.98 |
| Check | 5/11/2016 | 2152 | Uline | | | | 353.23 |
| Check | 5/11/2016 | 2153 | United Textile Distribution | | | | 841.60 |
| Check | 5/11/2016 | 2155 | Frank Edmunds | | | | 2,000.00 |
| Bill Pmt -Check | 5/11/2016 | 2143 | American Bookkeeping Services | includes 1 extra hour per Patrick | | | 212.50 |
| Bill Pmt -Check | 5/11/2016 | 2147 | Honda Financial Services | | | | 301.82 |
| Check | 5/11/2016 | 2141 | Tampa Hospitality Management | w/e 5/11/16 | | | 5,467.56 |
| Check | 5/11/2016 | 2142 | QV Personnel | w/e 5/11/16 | | | 3,000.00 |
| Transfer | 5/11/2016 | | | Funds Transfer | | | 35,350.00 |
| Check | 5/12/2016 | adjust | CCCLS - Clearing | Need to reconcile Receiver's boo... | | | 639.80 |
| **Total 103 · Citizens Bank Operating** | | | | | | **483,084.13** | **861,816.92** |
| **104 · CASH - CC5 Checking** | | | | | | | |
| Check | 2/5/2016 | | | Service Charge | X | | 31.26 |

6:22 PM

05/12/16

Accrual Basis

**Cape Cod Commercial Linen Service, Inc.**
## Transaction Detail by Account
**February 1 through May 12, 2016**

| Type | Date | Num | Name | Memo | Clr | Debit | Credit |
|------|------|-----|------|------|-----|-------|--------|
| Check | 3/4/2016 | | | Service Charge | X | | 31.28 |
| Check | 4/7/2016 | | | Service Charge | X | | 31.28 |
| Check | 5/11/2016 | pending | CCCLS - Clearing | to match Receiver | | | 69.00 |
| Total 104 · CASH - CC5 Checking | | | | | | 0.00 | 162.82 |
| **TOTAL** | | | | | | **813,352.82** | **1,272,534.21** |

# CAPE COD COMMERCIAL LINEN SERVICE INC
## Payroll Journal- Employee Totals
All Bank Accounts
May 1, 2015 - May 12, 2016

| | Hours | | | Earnings | | | Withholding Taxes | | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | OT/DT | Benefit | Regular | OT/DT | Total | FICA-SS FICA-MED | Federal | State Tax | Amount | Local Tax | Amount | Description | Amount | | Net Pay |

**Employee Totals**

**Work Location: Business Location**
**Department: 7 OWNER**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **7AEHA2638** | | **EHART, D. JEFFREY** | | | | | | | | | | | | | |
| 0.0000 | 0.0000 | 0.0000 | 141,287.15 | 0.00 | 141,287.15 | 7,810.27 | 0.00 | Massachusetts SIT | 0.00 | | | Medical Insurance | 26,044.03 | | |
| 0.0000 | 0.0000 | 0.0000 | 5,500.00 | 0.00 | 5,500.00 | 2,128.42 | | | | | | | | | |
| 0.0000 | 0.0000 | 0.0000 | 26,044.03 | 0.00 | 26,044.03 | 0.00 | | | | | | | | | |
| | | | | | 172,831.18 | | | | | | | | | | 136,848.46 |

**Work Location: Business Location**
**Department: 5 OFFICE**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **5EHA0342** | | **EHART, PATRICK J** | | | | | | | | | | | | | |
| 0.0000 | 0.0000 | 0.0000 | 101,432.50 | 0.00 | 101,432.50 | 6,676.32 | 19,736.06 | Massachusetts SIT | 5,169.78 | | | DIR DEP FEE | 35.25 | | |
| 0.0000 | 0.0000 | 0.0000 | 6,250.00 | 0.00 | 6,250.00 | 1,561.40 | | | | | | Medical Insurance | 0.00 | | |
| 0.0000 | 0.0000 | 0.0000 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | | | | |
| 0.0000 | 0.0000 | 0.0000 | 28,708.95 | 0.00 | 28,708.95 | | | | | | | | | | |
| | | | | | 136,391.45 | | | | | | | | | | 103,212.64 |
| **5EHA6733** | | **EHART, LANE C** | | | | | | | | | | | | | |
| 734.0666 | 43.2500 | 0.0000 | 10,211.89 | 908.25 | 11,120.14 | 689.45 | 1,032.46 | Massachusetts SIT | 415.58 | | | | | | |
| | | | | | | 161.24 | | | | | | | | | |
| | | | | | | 0.00 | | | | | | | | | |
| | | | | | 11,120.14 | | | | | | | | | | 8,821.41 |

# CAPE COD COMMERCIAL LINEN SERVICE INC
## Payroll Journal- Employee Totals
All Bank Accounts
May 1, 2015 - May 12, 2016

| | Hours | | | Earnings | | | Withholding Taxes | | | | Deductions | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Regular** | **OT/DT** | **Benefit** | **Regular** | **OT/DT** | **Total** | **FICA-SS FICA-MED** | **Federal** | **State Amount** | **Local Amount** | **Amount** | **Totals** |
| **Company Totals** | | | | | | | | | | | |
| 734.0666 | 43.2500 | 0.0000 | 319,434.52 | 908.25 | 320,342.77 | 15,176.04 | 20,768.52 | 5,585.36 | 0.00 | 26,079.28 | |
| | | | | | | 3,851.06 | | | | | |

| | |
|---|---|
| **Earnings** | 320,342.77 |
| **Net Direct Deposit** | 240,061.10 |
| **Net Check** | 8,821.41 |
| **Net Pay** | 248,882.51 |

**Cape Cod Commercial Linen Service, Inc.**

**Transaction List by Vendor**

**April 15, 2015 through April 20, 2016**

11:36 AM

04/20/16

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|------|------|-----|------|---------|-----|-------|-------|--------|
| **Patrick J. Ehart** | | | | | | | | |
| Check | 6/22/2015 | 1428 | reimbursement | 103 · Citizens Bank Operating | X | Truck Rental | | 3,439.67 |
| Bill | 8/1/2015 | to adjust | Budget 0000529773822 | 20000 · *Accounts Payable | | Truck Rental | | 1,453.42 |
| Bill | 8/7/2015 | 0000528903789 | Reimbursement for Truck Rental | 20000 · *Accounts Payable | | Truck Rental | | 5,165.69 |
| Bill | 8/7/2015 | 0000528903794 | Reimbursement for Truck Rental | 20000 · *Accounts Payable | | Truck Rental | | 3,673.17 |
| Bill Pmt -Check | 8/11/2015 | 1555 | | 103 · Citizens Bank Operating | X | 20000 · *Accounts P... | | 10,292.28 |
| Bill | 8/19/2015 | | | 20000 · *Accounts Payable | | -SPLIT- | | 4,705.03 |
| Bill | 8/20/2015 | 0000929197895 | | 20000 · *Accounts Payable | | Truck Rental | | 3,100.94 |
| Bill Pmt -Check | 8/20/2015 | 1584 | | 103 · Citizens Bank Operating | X | 20000 · *Accounts P... | | 7,805.97 |
| Bill | 8/27/2015 | 0000529773822 | Budget 0000529773822 | 20000 · *Accounts Payable | | Truck Rental | | 2,469.13 |
| Bill Pmt -Check | 8/27/2015 | 1594 | Budget 0000529773822 | 103 · Citizens Bank Operating | X | 20000 · *Accounts P... | | 2,469.13 |

# United States Bankruptcy Court
### District of Massachusetts

In re   __Cape Cod Commercial Linen Service, Inc.__        Case No. _____

                                       Debtor(s)           Chapter   __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Anne T. Ehart**<br>**PO Box 220**<br>**Osterville, MA 02655** | | **50%** | **Shareholder** |
| **D. Jeffrey Ehart**<br>**PO BOx 220**<br>**Osterville, MA 02655** | | **50%** | **Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __May 13, 2016__                   Signature   __/s/ D. Jeffrey Ehart__

                                                             **D. Jeffrey Ehart**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Massachusetts

In re __Cape Cod Commercial Linen Service, Inc.__                                      Case No. _____

                                        Debtor(s)                 Chapter __11__


# VERIFICATION OF CREDITOR MATRIX


I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.




Date: __May 13, 2016__                              __/s/ D. Jeffrey Ehart__

                                        **D. Jeffrey Ehart**/**President**
                                        Signer/Title

Alex M. Rodolakis
Fletcher Tilton, PC
1597 Falmouth Road
Centerville, MA 02632

Ally
P.O. Box 9001948
Louisville, KY 40290

American Express
PO Box 114
Newark, NJ 07101

Anne Ehart
25 Smoke Valley Road
Osterville, MA 02655

Ascentium Capital LLC
PO Box 301593
Dallas, TX 75303

Ascentium Capital LLC
23970 US 59 NOrth
Kingwood, TX 77339

ASSA ABLOY Entrance Systems US, Inc.
PO Box 827375
Philadelphia, PA 19182

Audi Financial
P.O. Box 5215
Carol Stream, IL 60197

Audi Financial Services
PO Box 5215
Carol Stream, IL 60197

Balboa Capital Corporation
2010 Main Street, 11th Floor
Greenville, SC 29614

Bank of America
P.O. Box 15109
Wilmington, DE 19886-5714

Bank of America
PO Box 15109
Wilmington, DE 19886

Baxter, Inc.
10 Bayview
West Yarmouth, MA 02673

Bay Colony Development Corp. (SBA)
1601 Trapeleo Road, Suite 222
Waltham, MA 02451

BCS Call Processing, Inc.
55 Accord Park Drive
Rockland, MA 02370

Black Card/Card Services
Card Services
PO Box 13337
Philadelphia, PA 19101

Buckler's Inc.
116 Ridgewood Avenue
Hyannis, MA 02601

Cape Cod Five Cents Savings Bank
171 Falmouth Road
Hyannis, MA 02601

Christeyns Laundry Technology
859 Willard Street
Quincy, MA 02169

Citibank Business
P.O. Box 183113
Columbus, OH 43218

Commonwealth of Massachusetts
Deptartment of Unemployment Assistance
Legal Dept. 1st Fl, Attn Chief Counsel
19 Staniford Street
Boston, MA 02114

D. Jeffrey Ehart
25 Smoke Valley Road
Osterville, MA 02655

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197

Frank McGinn, Esq.
Hacket Feinberg, PC
155 Federal Street, 9th Floor
Boston, MA 02110

Fuelman Fleetcard
PO Box 105080
Atlanta, GA 30348

Harbor One Credit Union
P.O. Box 720
Brockton, MA 02303

Harbor One Credit Union
PO Box 720
Brockton, MA 02303

Honda Finance Services
PO Box 7829
Philadelphia, PA 19101

Inside Out Mobile Washing, INc.
PO Box 212
Middleboro, MA 02346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Isuzu Finance of America, Inc.
7865 Solution Center
Chicago, IL 60677

James T. Sullivan, Esq.
John C. Manoog, III, Esq.
450 South Street
Hyannis, MA 02601

Jensen USA Inc.
Dept. CH 19533
Palatine, IL 60055

Leo E. Tierney, Jr. & Constance Tierney
32 Jilma Drive
East Dennis, MA 02641

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Massachusetts Growth Capital Corp.
The Schrafft Center
529 Main Street
Charlestown, MA 02129

Mercedes Benz Financial
PO Box 5260
Carol Stream, IL 60197

Mibfab Inc.
PO Box 8484
Carol Stream, IL 60197

Mitnz, Levin, Cohn, Ferris, Glovsky
PO Box 4539
Boston, MA 02212

Norton Supply Co., Inc.
65 Bath Street
Providence, RI 02908

Perfectionist Landscaping Inc.
PO Box 1021
Osterville, MA 02655

Small Business Administration
409 3rd Street S.W.
Washington, DC 20416

Small Business Administration
265 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222

Small Business Administration
c/o Department of the Treasury
Financial Management Service
PO Box 830794
Birmingham, AL 35283

Star Linen
1501 Lancer Drive
Moorestown, NJ 08057

Sunrise Credit Services Inc.
PO Box 9100
Farmingdale, NY 11735

Supermedia LLC
555 St. Charles Drive, Suite 100
Thousand Oaks, CA 91360

This Is It, LLC
880 Attucks Lane
Hyannis, MA 02601

Town of Barnstable
Collector of Taxes
367 Main Street
Hyannis, MA 02601

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

United Textile Distribution
PO Box 979
Garner, NC 27529

World Pay
PO Box 48439
Minneapolis, MN 55448

Yankee Equipment Systems, Inc.
PO Box 630
Barrington, NH 03825

Yellow Pages United
PO Box 53282
Atlanta, GA 30355

# United States Bankruptcy Court
## District of Massachusetts

In re   **Cape Cod Commercial Linen Service, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cape Cod Commercial Linen Service, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 13, 2016**

Date

**/s/ David B. Madoff**

**David B. Madoff 552968**

Signature of Attorney or Litigant

Counsel for   **Cape Cod Commercial Linen Service, Inc.**

**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**